**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6857**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS A. WILKINSON, III,

Defendant - Appellant.

---

**No. 98-6861**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD M. CONK,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CR-95-68)

---

Submitted: September 10, 1998      Decided: September 29, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gerald Thomas Zerkin, GERALD T. ZERKIN & ASSOCIATES, Richmond, Virginia; Paula Marie Junghans, MARTIN, JUNGHANS, SNYDER & BERNSTEIN, P.A., Baltimore, Maryland, for Appellants. David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying their supplemental motion for a new trial based on their allegations of newly discovered evidence and the Government's violation of the disclosure requirements of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Wilkinson</u>, No. CR-95-68 (E.D. Va. June 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>